Judge Leighton

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | NO. CR05-5158RBL |
|     v. ) | [PROPOSED] ORDER |
| MICHAEL J. SHANAHAN, ) | |
|     Defendant. ) | |

Having reviewed the parties' Stipulated Motion for Protective Order, in order to assist defense counsel analyze the government's tax loss figures in the above-entitled case and to comply with the provisions of 26 U.S.C. § 6103, the Court hereby:

(1) DIRECTS the government to produce to counsel Judith M. Mandel, counsel for defendant Michael J. Shanahan, IMF Transcripts, tax returns, IRS Revenue Agent Reports, and other items (hereinafter referred to collectively as "the materials") contained in the IRS files of individuals who the government alleges purchased trust packages from the defendants;

(2) ENJOINS any individual, including defendant Shanahan and counsel, from disclosing the materials to third parties not before the Court; copying the materials; or removing the materials from counsel's and standby counsel's office; and

(3) ORDERS counsel to return the materials to the United States Attorney's Office for the Western District of Washington immediately upon completing her representation of the defendant.

IT IS SO ORDERED this 15th day of August, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE