UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>     v.<br><br>DAVID C. STEPHENSON,<br>MICHAEL SHANAHAN<br>                    Defendant. | CASE NO.CR05-5158RBL<br><br>ORDER GRANTING<br>CONTINUANCE OF<br>TRIAL DATE |

Defendant Stephenson moves to continue the trial date and has filed a speedy trial waiver. Defendant Shanahan joins and the Government concurs with the request. Ms. Mandel's office has advised the clerk that defendant Shanahan's waiver of speedy trial is in route.  Counsel is requested to file said waiver not later than 9/13/2005.  For the reasons stated in the pleadings, the motion(s) to continue are GRANTED and  the  Trial Date is **CONTINUED to FEBRUARY 6, 2006.**

In view of the foregoing, the court finds and rules as follows:

1. Failure to grant a continuance in this matter would deny defendant Stephenson pro se  and defense counsel for Michael Shanahan the reasonable time necessary for effective preparation taking into account the exercise of due diligence. Title 18 U.S.C. §3161(h)(8)(B)(iv).

2. The ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. Title 18 U.S.C. §3161(h)(8)(A). The period of delay resulting from this continuance from **September 26, 2005 to February 6, 2006** is excluded for speedy trial computation purposes under 18 U.S.C. § 3161(h)(8)(A) and (B) as this is a reasonable period of delay.

ORDER -1

ACCORDINGLY:

The Jury Trial is **CONTINUED** to Monday, **FEBRUARY 6, 2006 at 9:30 a.m.**

The Pretrial Conference is rescheduled for **January 20, 2006 at 1:30 p.m.**

The Motions Cutoff date is extended to **December 5, 2005.** The Government's responses shall be due **December 16, 2005.** Replies, if any, shall be due December 22, 2005. The motions shall be noted and ripe for consideration as of December 23, 2005.

IT IS SO ORDERED this 8th day of September, 2005.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE
*Digitally Signed Upon Authorization* (JAB)

ORDER -2

ORDER -2