**JUDGE LEIGHTON**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> MICHAEL J. SHANAHAN, ) <br> ) <br> Defendant. ) <br> _____ ) | **NO. CR05-5158RBL** <br><br> **STIPULATION AND ORDER AMENDING CONDITIONS OF BOND TO ALLOW OUT OF DISTRICT FAMILY VISIT** |

THIS MATTER having come on duly and regularly for hearing upon stipulated motion of the parties for an order AMENDING DEFENDANT'S CONDITIONS OF BOND AND ALLOWING OUT OF DISTRICT FAMILY VISIT; and the Court having reviewed the records and filed herein, and being advised that the requested travel is approved by Erika Lugo of pretrial services and Arlen Storm, Assistant United State attorney on behalf of the Government and being in all matters duly advised;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Michael Shanahan be permitted to leave the district for a family visit to Chicago during December, 2006. Mr. Shanahan

```
Order Allowing Travel                    JUDITH M. MANDEL
                                         Attorney at Law
                                         524 Tacoma Ave So
                                         Tacoma, WA 98402
                 1                       (253)272-5640
```

shall provide an approved itinerary to Erika Lugo.  All other conditions of the bond shall remain in full force and effect.

      IT IS SO ORDERED this 6th day of December, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE
Digitally Signed upon oral authorization (JAB)

Presented by:

s/Judith M. Mandel
Judith M. Mandel, WSBA#8677
Attorney for Defendant Shanahan
524 Tacoma Avenue So
Tacoma, WA 98402
PH:  (253)272-5640
Fax: (253)272-5642
judithmandel@callatg.com

Approved for entry by:


s/Arlen Storm
Arlen Storm
Assistant United States Attorney

Order Allowing Travel

2

JUDITH M. MANDEL
Attorney at Law
524 Tacoma Ave So
Tacoma, WA 98402
(253)272-5640